FILED
2005 JUN -8 P 1:28
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

LAWRENCE SIMMONS,

vs.

GEORGE GALAZA,

_____/

ORDER RE: CERTIFICATE OF APPEALABILITY

CV-F-99-6338 OWW/SMS HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____    Granted for the following reason:

_____
_____
_____
_____

  X      Denied for the following reason:

None of numerous grounds asserted is debatable among jurists of reason for all reasons set forth in 3-15-05 findings & Recommendations.

Dated:  6-7-05

OLIVER W. WANGER
United States District Judge